No. 03–1610. WHITAKER ET AL. v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 03–9549. COLVIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 03–9808. MALLETT v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir. Certiorari denied. ▮

No. 03–10625. STEELE v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 03–10817. HAMBLIN v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied. ▮

No. 03–10824. RIBLET v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 03–10945. DIAZ-VALENZUELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 04–12. NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS ET AL. v. UNITED STATES TELECOM ASSN. ET AL.;

No. 04–15. AT&T CORP. ET AL. v. UNITED STATES TELECOM ASSN. ET AL.; and

No. 04–18. CALIFORNIA ET AL. v. UNITED STATES TELECOM ASSN. ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 04–24. JONES v. DELGADO. C. A. 7th Cir. Certiorari denied. ▮

No. 04–32. MEDRAD, INC. v. LIEBEL-FLARSHEIM CO. ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 04–33. FLYNT ET AL. v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 04–39. GOLLIE v. ELKAY MINING CO. ET AL. C. A. 4th Cir. Certiorari denied. ▮